UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALFRED W. THOMAS, individually
and on behalf of all others similarly
situated,

      Plaintiffs,

v.

WASTE PRO USA, INC., a Florida
corporation, and WASTE PRO OF
FLORIDA, INC., a Florida corporation,

      Defendants.

_____/

Case No:  0:17-cv-02254-CEH

## DECLARATION OF RALPH MILLS

I, Ralph Mills, based upon personal knowledge and under penalties of perjury, pursuant to 28 U.S.C. § 1746, do declare as follows:

1.  I am employed by Waste Pro of Florida, Inc., as the Regional Vice President for the Coastal Region.  I am personally familiar with the facts set forth herein.

2.  I have held the position of Regional Vice President since 2006.  My region includes landfills, transfer stations, and hauling divisions.

3.  I was the first Regional Vice President and the position has always been that of a Chief Executive Officer for my region.  In my role, I am responsible for all aspects of the operations and finances for all of the divisions in my region.

4.  Each division is managed by a Division Manager, who reports directly to me.  Eddie Washington is the Operations Manager for Panama City, where Plaintiff works and Loyd Childree is the Division Manager.

EXHIBIT 4

5.      While I delegate responsibilities to my local managers, accountants, and marketing and human resources personnel, I am the one person who is ultimately responsible for bidding on and negotiating contracts, staffing and equipping the various divisions, budgeting for revenues and expenses and performing solid waste collection and disposal and recycling services in a professional manner.

6.      My region employees various types of helpers.  The staffing needs of each division vary, according to the terms of its municipal and commercial contracts and I empower my division managers to fill positions as they see fit.  Plaintiff is a helper who assists on commercial front load truck with a route that is on the beachfront.

7.      Some helpers are hired directly by Waste Pro Florida, and some are subcontracted through a temporary labor agency.  Helpers who are subcontracted through a temporary labor agency are hired as employees of Waste Pro Florida if they are successful in performing their job as a temp.

8.      Plaintiff previously worked for Delta Sanitation of Mississippi, LLC, which is a subsidiary of Waste Pro of Mississippi, Inc.  Plaintiff became employed by Waste Pro Florida after a telephone interview with my Operations Manager, Eddie Washington.

9.      Helpers do not receive any classroom training.  Instead, helpers receive on-the-job training at the facility or in the field.  This training primarily focuses on the helper's safety.  For example, a helper on a residential truck will be shown how to enter and exit the truck using three points of contact.  A helper will also be told to not stand behind the truck when the compactor blade is operating, to avoid the risk of glass or other objects injuring the helper when the blade compacts the garbage.  Helpers are also shown how to operate the controls on the rear of the truck.

Most of this training is conducted by the driver who will be working with the helper, as most drivers previously worked as helpers and are familiar with the operation of the vehicle.

10.     The training of commercial helpers and residential helpers is very different, as they work on different types of vehicles and perform different jobs.  Commercial helpers, such as Plaintiff, ride in the passenger compartment of a front-loading truck, along with a driver.  A front-loading truck has a mechanical forks on the front of the vehicle that lifts two-yard to eight-yard dumpsters and dumps them into the truck.

11.     At each stop, the commercial helper's responsibility is to ensure that the driver can access the dumpster with the mechanical forks.  Sometimes, the helper has to exit the vehicle and open a gate so that the driver can maneuver the truck to the dumpster.  At other times, both the driver and the helper have to exit the vehicle to roll the dumpster to the truck, if the driver is not able to drive the truck close to the dumpster, such as when the dumpster is in a parking garage with low overhead clearance.  At other times, the helper does not have to exit the vehicle at all, if the driver is able to "stab" the dumpster with the mechanical forks without any assistance by the helper.

12.     Most residential helpers, on the other hand, ride on the back of a rear loading truck while the driver drives the truck to each residence on the route.  At each residence, the helper jumps down from the truck and lifts and dumps a 95-gallon container into the truck.

13.     Helpers do not receive any training through the "Waste Pro University" program in the Coastal Region, nor are they trained on any of the Department of Transportation guidelines. These resources are of no value in training helpers.

14.     When a helper is hired by Waste Pro Florida, his or her starting rate of pay is determined by the Division Manager. The starting rate of pay varies among the divisions in the Coastal Region.

15.     For example, the starting pay in the Tallahassee division is a day rate of $115, regardless of experience level. The starting day rate in Crestview is $110, regardless of experience level. In Pensacola, the starting day rate is $115 for inexperienced helpers, and $120 for experienced helpers. As with hiring, the decision to terminate a helper's employment would be made by the Division Manager, in conjunction with the human resources manager for my region.

16.     The number of hours worked by helpers each day depends on the route assigned to the Helper by the Route Supervisor or Route Manager. The collection routes are determined and assigned entirely at the division level, without any involvement by Waste Pro USA. The number of days worked each week by helpers is also determined at the division level, depending on the requirements of the municipal contracts.

17.     No division in the Coastal Region has paid helpers a weekly or bi-weekly "safety bonus" during my tenure as Regional Vice President because safety is part of the job.

18.     Despite Plaintiff saying that he is subjected to a policy that pays helpers half of their daily or job rate if they don't work a certain amount of hours, his payroll records for June 15, 2018, attached as Exhibit "A," show that he was paid a full day when he went home sick after a few hours.

19.     Waste Pro USA provides guidance to its subsidiaries, including Waste Pro Florida, regarding employment policies, such as those related to attendance, breaks, time off, and safety. It is ultimately up to me, as the Regional Vice President to adopt policies that are appropriate for

my region.  Many of the suggestions from Waste Pro USA are not used for helpers because they are not relevant to the job of a helper.

20.    The job performance of helpers is evaluated by each division, using criteria developed locally because the supervisors are familiar with the working conditions and performance of helpers.

21.    Payroll for all employees, including helpers, is handled by the human resources department of the Coastal Region and Waste Pro USA only ensures the payroll process is completely and timely submitted for processing by ADP.

22.    Waste Pro Florida is either the owner or the lessee of all of the hauling facilities in the Coastal Region in which helpers work.

Under penalties of perjury, I declare that the above facts are true and correct.

Executed on June 29, 2018.

_Ralph Mills_
Ralph Mills

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| LWZ | 006870 | 005000 | 118P | 0000251620 | 1 |

1838-0001



**WASTE PRO OF FLORIDA, INC.**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

# Earnings  Statement

ADP®

Period Beginning: 06/03/2018
Period Ending: 06/16/2018
Pay Date: 06/22/2018

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:       3
FL:            No State Income Tax

**ALFRED  W  THOMAS**
**961  ARBOURS  DR**
**PANAMA  CITY  FL  32401**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 77.42 | | 1,265.00 | 14,260.00 |
| Overtime | 13.69 | | 87.97 | 412.71 |
| Bereavement | | | | 345.00 |
| Bonus | | | | 500.00 |
| Holiday | | | | 230.00 |
| Sick | | | | 230.00 |
| Vacation | | | | 920.00 |
| Gross Pay | | | $1,352.97 | 16,897.71 |

Your federal taxable wages this period are
$1,134.40

| Deductions | Statutory | | | |
|------------|-----------|---|---|---|
| | Federal Income Tax | −21.14 | | 231.48 |
| | Social Security Tax | −71.18 | | 882.40 |
| | Medicare Tax | −16.65 | | 206.37 |
| | **Other** | | | |
| | Child Support | −147.59 | | 1,918.67 |
| | Child Support | −160.18 | | 2,082.34 |
| | Cl Accident | −33.48 | | 399.18 |
| | Legal Extra | −9.14 | | 118.82 |
| | Pop Medical | −205.04* | | 2,665.52 |
| | 401K Pre−Tx | −13.53* | | 163.99 |
| | Net Pay | $675.04 | | |
| | Paycard | −675.04 | | |
| | Net Check | $0.00 | | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Daily Rate | | 115.00 |
| Days Wkrd Wk 1 | | 6.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 11.00 |
| Ytd 401K Match | | 82.13 |
| 401K Match | | 6.77 |

**\* Excluded from federal taxable wages**

© 2000 ADP, LLC



WASTE PRO OF FLORIDA, INC.
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

Advice number:     **00000251620**
Pay date:           06/22/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| ALFRED W THOMAS | xxxxxxxxxxxx3971 | xxxx xxxx | $675.04 |

# NON−NEGOTIABLE

EXHIBIT A

**Thomas, Alfred W**                    109866                    Previous Pay Period
**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 6/03 | | | | | | | | | | | |
| Mon 6/04 | | | 2:58AM | | 1:27PM | | | | | 10.48 | 10.48 |
| Tue 6/05 | | | 3:06AM | | 8:48AM | | | | | 5.7 | 16.18 |
| Wed 6/06 | | | 3:02AM | | 11:32AM | | | | | 8.5 | 24.68 |
| Thu 6/07 | | | 3:55AM | | 12:34PM | | | | | 8.65 | 33.33 |
| Fri 6/08 | | | 3:01AM | | 2:00PM | | | | | 10.98 | 44.32 |
| Sat 6/09 | | | 3:05AM | | 12:27PM | | | | | 9.37 | 53.68 |
| Sun 6/10 | | | | | | | | | | | 53.68 |
| Mon 6/11 | | | 2:58AM | | 2:08PM | | | | | 11.17 | 64.85 |
| Tue 6/12 | | | 3:41AM | | 10:51AM | | | | | 7.17 | 72.02 |
| Wed 6/13 | | | 3:36AM | | 1:22PM | | | | | 9.77 | 81.78 |
| Thu 6/14 | | | 4:16AM | | 11:20AM | | | | | 7.07 | 88.85 |
| Fri 6/15 | | | 3:11AM | | 5:26AM | | | | | 2.25 | 91.1 |
| Sat 6/16 | | | | | | | | | | | 91.1 |

**Totals**

All                                    All

| Location | Job | Account | Pay Code | Amount |
|----------|-----|---------|----------|--------|
| | | REG0915/0/118/PANA1/105345/1 59/005000 | FULL DAY | 11.0 |
| | | REG0915/0/118/PANA1/105345/1 59/005000 | OVERTIME | 13.68 |
| | | REG0915/0/118/PANA1/105345/1 59/005000 | REGULAR | 77.42 |

**Audits**

Signoff and Approval                    All

| Action Taken | Effective Date | Start Time | Amount | Reason | Comment | Note | User | Date | Time |
|--------------|----------------|------------|--------|--------|---------|------|------|------|------|
| Timecard Approval by Manager | 6/16/2018 | | | | | | 102087 - Leggins, Kimetra N | 6/18/2018 | 1:02PM |
| Timecard Approval by Manager | 6/16/2018 | | | | | | 105345 - Washington, Eddie J | 6/18/2018 | 10:28AM |
| Sign-off | 6/16/2018 | | | | | | 100167 - Orellano, Angela M | 6/18/2018 | 2:14PM |