IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALFRED W. THOMAS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

WASTE PRO USA, INC., and
WASTE PRO OF FLORIDA, INC.,

    Defendants.

Case No: 8:17-cv-02254-CEH-CPT

## JOINT NOTICE REGARDING COURT-ORDERED MEDIATION

Plaintiff and Defendants provide notice to the Court that the parties' mediation efforts have reached an impasse.

Dated: July 27, 2018

s/Gregg I. Shavitz

Gregg I. Shavitz
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (561) 447-8888
gshavitz@shavitzlaw.com

*Attorneys for Plaintiff and
Putative Collective Action Members*

Respectfully submitted,

s/Amy Tingley (with permission)

Amy Tingley
STOVASH CASE & TINGLEY, P.A.
The VUE at Lake Eola 220 North Rosalind Avenue
Orlando, Florida 32801
Telephone: (407) 316-0393
atingley@sctlaw.com

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was furnished to the below-named attorneys for Defendants on this 27th day of July 2018 by notification through the Court's electronic case filing system:

STOVASH, CASE & TINGLEY, P.A.
Amy S. Tingley, Esquire
Florida Bar Number 0068871
Email: atingley@sctlaw.com
Matthew J. Pearce, Esquire
Florida Bar Number 0108368
Email: mpearce@sctlaw.com
The VUE at Lake Eola 220 North Rosalind Avenue
Orlando, Florida 32801
Telephone: (407) 316-0393

            s/Gregg I. Shavitz

            Gregg I. Shavitz, Esq.