**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:17-cv-2254-T-36CPT | DATE: | October 8, 2019 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| ALFRED W. THOMAS, et al.<br><br>v.<br><br>WASTE PRO USA, INC., et al. | | **LANGUAGE:** | |
| | | **PLAINTIFF'S COUNSEL**<br>Logan Pardell<br>Eric Quezada | |
| | | **DEFENSE COUNSEL**<br>Amy Tingley<br>Jennifer Belbeck | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** | 2:04 p.m. – 3:10 p.m.<br>3:21 p.m. – 3:29 p.m.<br>5:00 p.m. – 5:30 p.m. | **TOTAL: 1/44** | **COURTROOM:** | 12B |

**PROCEEDINGS:   MOTION HEARING**

The Court hears oral argument re: the below pending discovery motions:

Plaintiff's Motion for Discovery of Opt-In Plaintiffs to Proceed on a Representative Basis, (Doc. 301);

Defendant's Motion for Protective Order as to Plaintiff's Supplemental 30(b)(6) Notice of Deposition (Doc. 307);

Plaintiff's Motion to Compel Defendants to Produce Time and Payroll Records in Microsoft Excel Format (Doc. 309);

Plaintiff's Motion to Compel Discovery Responses and to Exceed the Ten Deposition Limit (Doc. 317); and

Plaintiff's Emergency Motion for Protective Order on Defendants' Served Discovery Requests and Notices of Deposition (Doc. 318).

The Court takes a brief recess.   Upon returning, the Court directs counsel to confer with respect to all of the above motions and see if they can resolve any of their differences while the Court deals with previously scheduled matters.

Court reconvenes. The parties resolved one motion.   Order to follow.
The Court sets this matter over for a status conference on Friday, October 11, 2019 at 9:00 a.m.